*ORIGINAL*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### *Northern Division*

|  |  |
|---|---|
| RICHARD J. BOSSE, JR., | * |
| Plaintiff, | * |
|  | * |
| v. | * CIVIL NO.: PWG-09-50 |
|  | * |
| BALTIMORE COUNTY, MARYLAND, | * |
| Defendant. | * |
|  | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## SPECIAL VERDICT SHEET

1. Do you find by a preponderance of the evidence that Baltimore County interfered with Corporal Bosse's right to take leave from work under the Family and Medical Leave Act?

    _____ YES    \_\_\_\_✓_____ NO

2. Do you find by a preponderance of the evidence that Baltimore County discriminated against Corporal Bosse for exercising his rights under the Family and Medical Leave Act?

    _____ YES    \_\_\_\_✓_____ NO

    If your answer to Question 1 AND Question 2 was **NO**, STOP HERE. Do not answer Questions 3, 4, and 5. *Turn to Page 2 and sign and date the Special Verdict Sheet.*

    If your answer to Question 1 was **YES** and your answer to Question 2 was **NO**, answer Questions 3 and 4, but do not answer Question 5.

    If your answer to Question 1 was **NO** and your answer to Question 2 was **YES**, answer Question 5, but do not answer Questions 3 and 4.

    If your answer to Questions 1 and 2 was **YES**, answer Questions 3, 4, and 5.

3. What amount, if any, do you award Corporal Bosse for compensatory damages for Baltimore County's <u>interference</u> for the following time periods?

   December 1, 2005 to December 1, 2006   $ _____

   December 1, 2006 to the present          $ _____

4. Do you find that Baltimore County's <u>interference</u> with Corporal Bosse's right to take leave was willful at any time after December 1, 2005?

   _____ YES          _____ NO

5. What amount, if any, do you award Corporal Bosse for compensatory damages for Baltimore County's <u>discrimination</u>?

   $ _____

**SIGNATURE REDACTED**          2/4/2011
/ JURY FOREPERSON                DATE