# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Richard J. Bosse, Jr.**<br>**Plaintiff** | * | |
| | * | |
| v. | | Case No. PWG-09-50 |
| | * | |
| **Baltimore County, Maryland**<br>**Defendant** | ****** | |

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Defendant Baltimore County, Maryland against the Plaintiff Richard J. Bosse, Jr., it is this _____ day of February, 2011,

**ORDERED,**

1. Judgment is entered in favor of Defendant against Plaintiff, with costs; and

2. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

_____ 2/10/2011
*Paul W. Grimm*
United States Magistrate Judge

Order of Judgment (in favor of Defendant) (Rev. 12/2000)